DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADELE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00178 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND PROPOSED |
| v. ) | ORDER THEREON |
| ) | |
| ADELE GARCIA, ) | Date: October 31, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for September 26, 2006 may be continued to **October 31, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///
///

1   preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2   DATED:  September 21, 2006              McGREGOR W. SCOTT
                                            United States Attorney
3

4
                                            /s/ Sherrill A. Carvalho
5                                           SHERRILL A. CARVALHO
                                            Assistant U.S. Attorney
6                                           Attorney for Plaintiff

7

8
    DATED:  September 21, 2006              DANIEL J. BRODERICK
9                                           Federal Defender

10

11                                          /s/ Mark A. Lizarraga
                                            MARK A. LIZARRAGA
12                                          Assistant Federal Defender
                                            Attorney for Defendant
13                                          ADELE GARCIA

14
    DATED:  September 21, 2006
15

16
                                            /s/ Carolyn D. Phillips
17                                          CAROLYN D. PHILLIPS
                                            Attorney for Defendant
18                                          MARVELLE LANG

19

20
                           **O R D E R**
21  IT IS SO ORDERED.

22  **Dated:   September 22, 2006**           /s/ Oliver W. Wanger
    emm0d6                                   UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28