DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADELE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00178 OWW |
| Plaintiff, | STIPULATION TO  CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| ADELE GARCIA, ET AL | Date:  November 21, 2006 |
| Defendant. | Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 31, 2006 may be continued to **November 21, 2006 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED: October 26, 2006    McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s/ Sherrill A. Carvalho
　　　　　　　　　　　　　　　　SHERRILL A. CARVALHO
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: October 26, 2006    DANIEL J. BRODERICK
　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　/s/ Mark A. Lizarraga
　　　　　　　　　　　　　　　MARK A. LIZARRAGA
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　ADELE GARCIA

DATED: October 26, 2006

　　　　　　　　　　　　　　　/s/ Carolyn D. Phillips
　　　　　　　　　　　　　　　CAROLYN D. PHILLIPS
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　MARVELLE LANG

**O R D E R**

IT IS SO ORDERED.

**Dated:   October 26, 2006**　　　　　　/s/ Oliver W. Wanger
emm0d6　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE