1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
6  Attorney for Defendant
   ADELE GARCIA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:06-cr-00178 OWW
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING; AND PROPOSED
13     v.                           )   ORDER THEREON
                                    )
14 ADELE GARCIA, ET AL              )   Date:  December 5, 2006
                                    )   Time:  9:00 a.m.
15         Defendant.                )   Judge: Hon. Oliver W. Wanger
                                    )
16 _____  )

17     IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19 for November 21, 2006 may be continued to **December 5, 2006 at 9:00 a.m.**

20     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21 justice, including but not limited to, the need for the period of time set forth herein for further defense

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED: November 16, 2006                McGREGOR W. SCOTT
                                           United States Attorney

3

4
                                           /s/ Sherrill A. Carvalho
5                                          SHERRILL A. CARVALHO
                                           Assistant U.S. Attorney
6                                          Attorney for Plaintiff

7

8
   DATED: November 16, 2006                     DANIEL J. BRODERICK
9                                          Federal Defender

10

11                                         /s/ Mark A. Lizarraga
                                           MARK A. LIZARRAGA
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         ADELE GARCIA

14
   DATED: Novem ber 16, 2006
15

16
                                           /s/ Carolyn D. Phillips
17                                         CAROLYN D. PHILLIPS
                                           Attorney for Defendant
18                                         MARVELLE LANG

19

20                            **O R D E R**

21
   IT IS SO ORDERED.
22
   **Dated:   November 21, 2006**             /s/ Oliver W. Wanger
23 emm0d6                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation to Continue Status Conference Hearing     −2−