DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADELE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00178 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| ADELE GARCIA, | ) ) | Date: January 17, 2007 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for December 5, 2006 may be continued to **January 17, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///
///

1   preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2   DATED:  November 28, 2006         McGREGOR W. SCOTT
                                      United States Attorney

3

4
                                      /s/ Sherrill A. Carvalho
5                                     SHERRILL A. CARVALHO
                                      Assistant U.S. Attorney
6                                     Attorney for Plaintiff

7

8
    DATED:  November 28, 2006         DANIEL J. BRODERICK
9                                     Federal Defender

10

11                                    /s/ Mark A. Lizarraga
                                      MARK A. LIZARRAGA
12                                    Assistant Federal Defender
                                      Attorney for Defendant
13                                    ADELE GARCIA

14
    DATED:  November 28, 2006
15

16
                                      /s/ Carolyn D. Phillips
17                                    CAROLYN D. PHILLIPS
                                      Attorney for Defendant
18                                    MARVELLE LANG

19

20                              **O R D E R**

21  IT IS SO ORDERED.

22  **Dated:   December 2, 2006**           /s/ Oliver W. Wanger
23  emm0d6                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing       -2-