DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ADELE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00178 OWW |
| Plaintiff, ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| ADELE GARCIA, ) | Date:  January 30, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) ) | Judge: Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for January 17, 2007  may be continued to **January 30, 2007 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: January 11, 2007          McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Sherrill A. Carvalho
                                 SHERRILL A. CARVALHO
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED: January 11, 2007          DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Mark A. Lizarraga
                                 MARK A. LIZARRAGA
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ADELE GARCIA

DATED: January 11, 2007


                                 /s/ Carolyn D. Phillips
                                 CAROLYN D. PHILLIPS
                                 Attorney for Defendant
                                 MARVELLE LANG


**O R D E R**

IT IS SO ORDERED.

**Dated:   January 17, 2007**              /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing       -2-