1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

6  Attorney for Defendant
   ADELE GARCIA

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:06-cr-00178 OWW
                                     )
12              Plaintiff,           )   STIPULATION TO  CONTINUE STATUS
                                     )   CONFERENCE HEARING; AND ORDER
13       v.                          )   THEREON
                                     )
14  ADELE GARCIA,                    )   Date:  March 6,  2007
                                     )   Time:  9:00 a.m.
15              Defendant.           )   Judge: Hon. Oliver W. Wanger
                                     )
16  _____ )

17       IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective

18  attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

19  for January 30, 2007  may be continued to **March 6, 2007 at 9:00 a.m.**

20       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for further defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2       DATED:  January 25, 2007          McGREGOR W. SCOTT
                                          United States Attorney

3

4
                                          /s/ Sherrill A. Carvalho
5                                         SHERRILL A. CARVALHO
                                          Assistant U.S. Attorney
6                                         Attorney for Plaintiff

7

8
        DATED:  January 25, 2007          DANIEL J. BRODERICK
9                                         Federal Defender

10

11                                        /s/ Mark A. Lizarraga
                                          MARK A. LIZARRAGA
12                                        Assistant Federal Defender
                                          Attorney for Defendant
13                                        ADELE GARCIA

14
        DATED:  January 25, 2007
15

16
                                          /s/ Carolyn D. Phillips
17                                        CAROLYN D. PHILLIPS
                                          Attorney for Defendant
18                                        MARVELLE LANG

19

20                              **O R D E R**

21
   IT IS SO ORDERED.
22
   **Dated:    January 26, 2007**          **/s/ Oliver W. Wanger**
23 emm0d6                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation to Continue Status Conference Hearing        −2−