Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Adele Garcia |
| **Docket Number:** | 1:06CR00178-001 OWW |
| **Offender Address:** | Madera, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 6/4/2007 |
| **Original Offense:** | Conspiracy to Pass, Attempt to Pass, and Utter Counterfeit Obligations and Securities of the United States<br>(CLASS D FELONY) |
| **Original Sentence:** | 3 years probation, $100 Special Assessment |
| **Special Conditions:** | Search, Mental Health Counseling, 50 hours Community Service, $25 Aftercare Co-Payment, DNA Testing, Employment Search |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 6/4/2007 |
| **Assistant U.S. Attorney:** | Sherill A. Carvalho     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Melody Walcott     **Telephone:** (559) 498-5561 |
| **Other Court Action:** | **9/6/2007:** Court approved no adverse action violation petition alleging positive drug test for use of methamphetamine (August 23, 2007). Probationer referred for substance abuse counseling. |

**RE:     GARCIA, Adele**
**Docket Number:  1:06CR00178-001 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**6/19/2007:** Court approved modification of conditions of supervision to include substance abuse counseling and testing following positive drug test for marijuana use (6/5/2007). Probationer referred for drug testing.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The probationer shall participate in and successfully complete a 90-day inpatient residential treatment program at Westcare, 2772 Martin Luther King Blvd, Fresno, CA.

**Justification:** Since being granted probation on June 5, 2007, the probationer has tested positive for illicit drug use four times (marijuana once and methamphetamine three times). Her use of methamphetamine is increasing. Although she is participating in substance abuse counseling, more serious intervention appears necessary at this time. A commitment to Westcare is recommended. The probationer is amenable to said treatment.

RE:   GARCIA, Adele
      Docket Number:  1:06CR00178-001 OWW
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

                          Respectfully submitted,

                          /S/ Melinda Peyret

                     **Melinda S. Peyret
                  Senior United States Probation Officer**
                     Telephone:  (559) 499-5733

**DATED:**   9/24/2007
             Fresno, California
             mp


**REVIEWED BY:**    /S/ Bruce Vasquez
                   **BRUCE A. VASQUEZ
                   Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   September 27, 2007**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE