

Prob 12B

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

FILED
DEC 2 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER**
(Probation Form 49, Waiver of Hearing, is on file)

| | |
|---|---|
| **Offender Name:** | Adele Garcia |
| **Docket Number:** | 1:06CR00178-01 OWW |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 06/04/2007 |
| **Original Offense:** | 18 USC 371 - Conspiracy to Pass, Attempt to Pass, and Utter Counterfeit Obligations and Securities of the United States (CLASS D FELONY) |
| **Original Sentence:** | 36 months probation; $100 Special assessment; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Mental health counseling; 3) 50 hours community service; 4) $25 Aftercare co-payment; 5) DNA testing; 6) Employment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 06/04/2007 |
| **Assistant U.S. Attorney:** | Sherill A. Carvalho     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Melody Walcott     **Telephone:** (559) 498-5561 |
| **Other Court Action:** | |
| 06/19/2007: | Court approved modification of conditions of supervision to include substance abuse counseling and testing following positive drug test of marijuana use (06/05/2007). |

**RE: GARCIA, Adele**
**Docket Number: 1:06CR00178-001 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **09/06/2007**: | Court approved no adverse action violation petition alleging positive drug test for the use of methamphetamine (August 23, 2007). Probationer referred for substance abuse counseling. |
| **09/24/2007**: | Court approved modification to supervised release conditions that stated "The probationer shall participate in and successfully complete a 90-day inpatient residential treatment program. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The probationer shall reside and participate in and successfully complete a 180-day inpatient residential program at Samaritan Women Community Aftercare.

**Justification:** On October 8, 2008, the offender's parents contacted the undersigned and reported that the offender had stolen checks (New Law Violation) from their rental checkbook and cashed them. The offender's parents contacted Madera Police Department after they learned of the fraudulent activities. As a result of the offender stealing the checks, she was asked to leave the residence and failed to report her change of residence to the probation officer. According to Madera Police Department incident report (#08-32947), the offender, along with a Yesenia Garcia, cashed $870 in checks at a local bank in Madera, California. Surveillance captured both the offender and Garcia at the bank cashing checks between the dates of September 10, 2008, and September 22, 2008.

The offender admitted to the undersigned that she was involved in these fraudulent activities and she agreed that a residential treatment facility would be beneficial. On October 21, 2008, the offender was granted entry into the Samaritan Women transitional

RE: **GARCIA, Adele**
    **Docket Number: 1:06CR00178-001 OWW**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

living home. The offender voluntarily chose to attend this faith-based program and her attorney was contacted during the process as well. The duration of the program is 6 to 12 months. The focus is specifically for ex-inmates (women only) and they are assisted in overcoming their addictions, encouraged to cut ties to former lifestyles, and strive to build new lives. The director reports the offender has adjusted well to the program. The probation officer has been in contact with the detective from Madera Police Department and it is their intention to allow her to continue in the recovery program and will summons her to Madera County Superior Court when the case is prosecuted.

The probation officer recommends a modification in the offender's conditions of supervised release. It seems this program may assist the offender in multiple areas of her life and six months should provide ample time to see if the offender plans to engage in negative conduct. Should she fail to participate or complete the program, the undersigned would notify the Court and all violations would be brought to the Court's attention. Should that occur, it will be this officer's recommendation that she be sent to prison as numerous resources and options have been attempted with this offender to bring her into compliance.

Respectfully submitted,

/s/ Jack C. Roberson

**Jack C. Roberson**
**United States Probation Officer**
Telephone: (559) 499-5732

**DATED:**   12/09/2008
            Fresno, California


**REVIEWED BY:**   **/s/ Marlene K. DeOrian for**
                   **Hubert J. Alvarez**
                   **Supervising United States Probation Officer**

**RE:   GARCIA, Adele
       Docket Number: 1:06CR00178-001 OWW
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

(X)   Modification approved as recommended.

( )   Modification not approved at this time. Probation Officer to contact Court.

( )   Other:

12-23-08

**Date**

*[signature]*

**Signature of Judicial Officer**

cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File